413 A.2d 1112

Kaczowski, Admn., Appellant, v. Bolubasz.

Argued October 26, 1978. Seymour Sikov, for appellant; Cosmos J. Reale, for appellee.

Before VAN der VOORT, SPAETH and MONTGOMERY, JJ.

*PER CURIAM OPINION* : The order of the lower court is affirmed based upon the rationale of *Havens v. Tonner*, 243 Pa.Super. 371, 365 A.2d 1271 (1976).

SPAETH, J. filed a dissenting statement.